UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JON PERROTON,

    Plaintiff,

v.

SUPERIOR COURT OF
SANTA CLARA COUNTY; et al.,

    Defendants.
                                   /

No. C 13-5775 SI (pr)

**ORDER OF DISMISSAL**

This *pro se* civil action was filed on December 13, 2013. On that date, the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file a completed *in forma pauperis* application, and the deadline by which to do so has passed. For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 21, 2014

                                                                _____
                                                                 SUSAN ILLSTON
                                                             United States District Judge