UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PERROTON, | No. C 13-5775 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF SANTA CLARA COUNTY; et al., | |
| Defendants. / | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed *in forma pauperis* application.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 21, 2014

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California